IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SABRINA MARIE PATTERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2300-N |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case and of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 12, 2025, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and the Court accepts them as the Findings, Conclusions, and Recommendations of the Court.

The Court, therefore, orders that the Findings, Conclusions, and Recommendations of the United States Magistrate Judge are accepted.

Signed July 18, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE